# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDISON CORPUZ,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>WALMART, INC.<br><br>　　　　　　　　　　Defendant. | Case No.: 3:22-cv-00901-RBM-AHG<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>**[Doc. 8]** |

Plaintiff Edison Corpuz and Defendant Walmart, Inc. have filed a Joint Motion to Dismiss With Prejudice seeking dismissal of the entire action with prejudice as to the named Plaintiff pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii). (Doc. 26.) The Joint Motion is **GRANTED**. Plaintiff's entire action is **DISMISSED WITH PREJUDICE** as to the named Plaintiff pursuant to Rule 41(a)(1)(A)(ii) with each side to bear its own costs, expenses, and attorney's fees.

**IT IS SO ORDERED**.

Dated: March 27, 2024

　　　　　　　　　　　　　　　　　　　　HON. RUTH BERMUDEZ MONTENEGRO
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE